DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| In re Estate of Best<br><br>Case Below:<br>165 N.C. App. 705 | No. 434P04 | Charles M. Best's PDR Under N.C.G.S. § 7A-31 (COA02-1449) | Denied<br>04/06/05 |
| In re Estate of Lunsford<br><br>Case Below:<br>160 N.C. App. 125 | No. 362A01-3 | Petitioner's (Dawn Bean) Motion to Strike (COA02-904) | Allowed<br>**04/06/05** |
| In re J.F.M. & T.J.B.<br><br>Case Below:<br>168 N.C. App. 143 | No. 113P05 | 1.  Respondent's (T.J.B.) NOA (Constitutional Question) (COA04-183)<br><br>2.  AG's Motion to Dismiss Appeal<br><br>3. Respondent's (T.J.B.) PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed<br>04/06/05<br><br>3. Denied<br>04/06/05 |
| In re L.G.<br><br>Case Below:<br>167 N.C. App. 654 | No. 057P05 | Respondents' (parents of minor child) PDR Under N.C.G.S. § 7A-31 (COA04-456) | Denied<br>04/06/05 |
| In re Wachovia Shareholders Litigation<br><br>Case Below:<br>168 N.C. App. 135 | No. 106P05 | Plts' (Wachovia Shareholders) PDR Under N.C.G.S. § 7A-31 (COA04-402) | Denied<br>04/06/05 |
| In re Will of Mason<br><br>Case Below:<br>168 N.C. App. 160 | No. 105P04 | Caveator's (Lucinda Lewis Mason) PDR Under N.C.G.S. § 7A-31 (COA04-318) | Denied<br>04/06/05 |
| Javurek v. Tax Review Bd.<br><br>Case Below:<br>165 N.C. App. 834<br>(17 August 2004) | No. 464A04 | 1.  Petitioner's NOA Based Upon a Constitutional Question (COA03-1016)<br><br>2.  Respondent's Motion to Dismiss Appeal | 1. ——<br><br>2. Allowed<br>04/06/05 |
| Johnson v. Wornom<br><br>Case Below:<br>167 N.C. App. 789 | No. 048P05 | Def's (Samuel J. Wornom, III) PDR Under N.C.G.S. § 7A-31 (COA04-356) | Denied<br>04/06/05 |
| Parker v. Willis<br><br>Case Below:<br>167 N.C. App. 625 | No. 054P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA03-1711) | Denied<br>04/06/05 |